# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| **DOUG MCCLURE,**<br><br>    Plaintiff,<br><br>vs.<br><br>**TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,**<br><br>    Defendant. | No. 2:16-cv-00368-JRG-MCLC<br><br>JURY DEMANDED |

## STIPULATION OF DISMISSAL

Come now the parties, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 83.13, and inform the Court that the above-captioned cause has been resolved by way of mutual compromise. Therefore, the parties jointly stipulate to dismissal of this matter, bearing case number 2:16-cv-00368, with prejudice. Discretionary costs shall not be taxed and each party will bear their own discretionary costs.

21194-81157 (RER)

Respectfully submitted,

LAUGHLIN, NUNNALLY, HOOD & CRUM, PC


By:     s/Jerry W. Laughlin
    JERRY W. LAUGHLIN (BPR No. 2120)
    *Attorney for Plaintiff Doug McClure*
    100 South Main Street
    Greeneville, Tennessee 37743
    (423) 639-5183—telephone
    (423) 639-6154—facsimile
    jlaughlin2@rlnhc.com


RAINEY, KIZER, REVIERE & BELL, PLC


By:     s/Russell E. Reviere
    RUSSELL E. REVIERE (BPR No. 7166)
    N. MARK KINSMAN (BPR No. 6039)
    *Attorneys for Defendant*
    209 East Main Street
    P. O. Box 1147
    Jackson, Tennessee 38302-1147
    (731) 423-2414—telephone
    (731) 426-8150—facsimile
    rreviere@raineykizer.com
    mkinsman@raineykizer.com

2